# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **CHARLES C. McCOY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18CV00046 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ANDREW SAUL,** | ) | By: James P. Jones |
| **COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed October 29, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1.    The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.    The Motion for Summary Judgment by the Commissioner of Social Security is GRANTED;

3.    The Motion for Summary Judgment by the plaintiff is DENIED.

4.    A final judgment will be entered herewith.

ENTER:  December 9, 2019

/s/  JAMES P. JONES
United States District Judge