# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| **CHARLES C. McCOY,** | )<br>) |
| Plaintiff, | ) Case No. 2:18CV00046<br>) |
| v. | ) **JUDGMENT**<br>) |
| **ANDREW SAUL,** | ) By: James P. Jones |
| **COMMISSIONER** | ) United States District Judge |
| **OF SOCIAL SECURITY,** | )<br>) |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: December 9, 2019

/s/ JAMES P. JONES
United States District Judge